UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 00-1203
(CA-00-15-2)

_____

Sherry D. Battle,

Plaintiff - Appellant,

versus

Charles Studds, etc., et al.,

Defendants - Appellees.

_____

O R D E R

_____

The court amends its opinion filed July 19, 2000, as follows:

On the cover sheet, section 5 -- the panel information is corrected to read:  "Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-1203

SHERRY D. BATTLE,

Plaintiff - Appellant,

versus

CHARLES STUDDS, Individually and in his offi-
cial capacity as Chief Magistrate for the City
of Norfolk; CITY OF NORFOLK; RALPH HAMLIN;
KEITH DAVIES; D. A. NEWMAN, Individually and
in their official capacities as Sergeants for
the Norfolk Police Department,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Richard L. Williams, Senior District
Judge. (CA-00-15-2)

Submitted: July 13, 2000          Decided: July 19, 2000

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sherry D. Battle, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sherry D. Battle appeals from the district court's order dismissing her civil action for failing to comply with a pre-filing injunction entered on October 20, 1999. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Battle v. Studds, No. CA-00-15-2 (E.D. Va. Jan. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3